IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY J. CALAHAN, | ) | |
| ID # 336436, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:06-CV-1438-M |
| | ) | ECF |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the documents dated September 29, 2006 and filed by petitioner on October 5, 2006, which the Court construes as objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and after conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 11 day of October, 2006.

UNITED STATES DISTRICT JUDGE